UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCR INTERNATIONAL, INC., et al., <br><br>         Plaintiffs, <br>   -v- <br><br>ELIAS GROUP, LLC, et al., <br><br>         Defendants. | 15 Civ. 6563 (PAE) |
| ELIAS GROUP, LLC, et al., <br><br>         Plaintiffs, <br>   -v- <br><br>CCR DEVELOPMENT GROUP, INC., et al., <br><br>         Defendants. | 16 Civ. 6280 (PAE) |
| BANCO COOPERATIVO DE PR, <br><br>         Plaintiff, <br>   -v- <br><br>ELIAS GROUP, LLC, et al., <br><br>         Defendants. | 17 Civ. 6697 (PAE) <br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  Due to a conflict with a criminal trial, the Court adjourns the case management conference scheduled for Wednesday, January 29, 2020, to Wednesday, February 5, 2020, at 3:30 p.m. The Court apologizes for any inconvenience this adjournment may present.

  SO ORDERED.

                                                                            _____
                                                                            PAUL A. ENGELMAYER
                                                                            United States District Judge

Dated: January 21, 2020
       New York, New York