**LAW OFFICES OF JANE BECKER WHITAKER**
PO BOX 9023914
SAN JUAN, PUERTO RICO 00902-3914
787 945-2406
janebeckerwhitaker@gmail.com

April 13, 2020

**VIA ECF**

The Honorable Paul A. Engelmayer, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **CCR International, Inc. v. The Elias Group, LLC, et al.
CV 15-6563 (PAE)
The Elias Group, LLC v. CCR Development Group, Inc.
CV 16-6280 (PAE)**

Dear Judge Engelmayer:

I write to ask for an extension of time of one week until April 24, 2020 to file the opposition to Elias Group's Motion for Summary Judgment and the CCR Parties' Cross Motion for Summary Judgment. The undersigned has a personal situation which she has discussed with Elias' counsel, and he consents to the extension as requested. The undersigned is grateful for his understanding.

Sincerely yours,

/s/Jane Becker
jb-6155

cc: Jeffrey Resnick, Esq. via ecf

4/13/2020

Granted. The CCR Parties' opposition and cross motion are due April 24, 2020. Elias Group's opposition and reply are due May 8, 2020. The CCR Parties' reply is due May 18, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge