UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CCR INTERNATIONAL, INC., CCR
DEVELOPMENT GROUP, INC., JOSÉ
FUERTES, and BANCO COOPERATIVO
DE PUERTO RICO,

                Plaintiffs and Counterclaim
                Defendants,

        -v-

ELIAS GROUP, LLC,

                Defendant and Counterclaim
                Plaintiff.

15 Civ. 6563 (PAE)
16 Civ. 6280 (PAE)
17 Civ. 6697 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court today issued a decision granting defendant's motion for summary judgment on each of plaintiffs' breach-of-contract claims and denying plaintiffs' cross-motion for summary judgment. The decision leaves open only the following: plaintiffs' claim for breach of the implied covenant of good faith and fair dealing, and defendant's counterclaims.

      The Court's intention is that this litigation move forward promptly toward completion. Accordingly, the Court directs counsel to meet and confer, and to file on the docket of this case by **Monday, January 11, 2021,** a joint letter setting forth in detail the parties' views as to the manner and timetable by which the outstanding issues are to be resolved. The Court will then issue an order either setting a schedule, including as warranted for trial, or, if further discussion is warranted, scheduling a prompt pretrial conference.

      SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 22, 2020
      New York, New York