**LAW OFFICES OF JANE BECKER WHITAKER**
PO BOX 9023914
SAN JUAN, PUERTO RICO 00902-3914
787 945-2406
janebeckerwhitaker@gmail.com

January 4, 2021

<u>**VIA ECF**</u>

The Honorable Paul A. Engelmayer, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: **CCR International, Inc. v. The Elias Group, LLC, et al.**
     **CV 15-6563 (PAE)**
     **The Elias Group, LLC v. CCR Development Group, Inc.**
     **CV 16-6280 (PAE)**

Dear Judge Engelmayer:

  I write to ask for an extension of time of one week until January 18, 2021 to file a joint letter as to the manner and timetable to address the matters remaining in the case. The undersigned is working in Georgia as a poll worker and to "cure" absentee ballots this week and, thus does not have much time available to discuss this with her clients and Elias' counsel. She has discussed this request with Elias' counsel, and he consents to the extension as requested. The undersigned appreciates his understanding.

              Sincerely yours,

              /s/Jane Becker
              jb-6155

cc: Jeffrey Resnick, Esq. via ecf

              Granted.

              SO ORDERED.

              */s/ Paul A. Engelmayer*
              _____
              PAUL A. ENGELMAYER
              United States District Judge

January 5, 2021