UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCR INTERNATIONAL, INC., CCR DEVELOPMENT GROUP, INC., JOSÉ FUERTES, and BANCO COOPERATIVO DE PUERTO RICO,<br><br>　　　　　Plaintiffs and Counterclaim Defendants,<br><br>　　　　　-v-<br><br>ELIAS GROUP, LLC,<br><br>　　　　　Defendant and Counterclaim Plaintiff. | 15 Civ. 6563 (PAE)<br>16 Civ. 6280 (PAE)<br>17 Civ. 6697 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

　　The Court has received the parties' joint letter of January 18, 2021, regarding resolution of the claims remaining in this case. Dkt. 255. In light of the parties' positions, the Court agrees that expedited briefing on the CCR Parties' sole remaining claim, for breach of the implied covenant of good faith and fair dealing, is in order.

　　Accordingly, Elias Group, LLC ("Elias") shall file, by **February 2, 2021,** a letter brief not to exceed 10 pages, explaining why dismissal of that claim is appropriate. The CCR Parties shall file, by **February 16, 2021,** a letter brief in response, also not to exceed 10 pages. Elias shall file, by **February 23, 2021,** any reply, not to exceed five pages.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January 19, 2021
　　　　New York, New York