**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
CCR INTERNATIONAL, INC., CCR
DEVELOPMENT GROUP, INC., JOSÉ
FUERTES, and BANCO COOPERATIVO
DE PUERTO RICO,

        Plaintiffs and Counterclaim
        Defendants,

        -against-

ELIAS GROUP, LLC,

        Defendant and Counterclaim
        Plaintiff.
------------------------------------------------------------X

15 **CIVIL** 6563 (PAE)
16 **CIVIL** 6280 (PAE)
17 **CIVIL** 6697 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 22, 2020, Doc.# 251, Opinion and Order dated April 5, 2021, Doc.# 260, and the So Ordered Stipulation dated April 13, 2021, Doc.# 265, the Court grants Elias's motion for summary judgment in full, and denies the CCR Parties' motion for summary judgment in full. The Court dismisses the CCR Parties' breach-of-contract claim under the Assignment Agreement, Option Agreement, and 2015 APA, and Fuertes's breach of contract claim, under the 2015 ICA; The Court grants Elias's motion for summary judgment seeking to dismiss the CCR Parties' sole remaining claim, for the breach of the implied covenant of good faith and fair dealing. As a result, the only claims remaining in this case are Elias's counterclaims, which Elias has represented it intended to voluntarily dismiss if the Court dismissed the CCR Parties' remaining claim. Dkt. 255 at 2. The Court directed Elias to so move by April 12, 2021, and for the parties to submit a joint letter, by three days later, *i.e.*, April 15, 2021, with their views as whether, with all claims dismissed, this case may now be closed. The

Court granted the Stipulation of Dismissal of the Counterclaims by Defendant, The Elias Group, Inc. that all of the counterclaims in the above action are voluntary dismissed. The Court having dismissed all claims by plaintiffs CCR International, Inc., CCR Development Group, Inc., and Jose Fuertes, see Dkts. 251, 260, Elias Group LLC having voluntarily dismissed its counterclaims, and the parties having jointly requested that this case be closed, see Dkt. 261. Judgment is entered for Elias Group LLC, and this and all related cases are closed.

Dated: New York, New York
April 14, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY:
*[signature: David J. Thomas]*
**Deputy Clerk**