UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CCR INTERNATIONAL, INC., et al.,

                         Plaintiffs,

-v-

ELIAS GROUP, LLC, et al.,

                         Defendants.

15 Civ. 6563 (PAE)

---

ELIAS GROUP, LLC,

                         Plaintiff,

-v-

CCR DEVELOPMENT GROUP, INC., et al.,

                         Defendants.

16 Civ. 6280 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received the motion of CCR International ("CCR") to amend the judgment issued in this case pursuant to Federal Rule of Civil Procedure 60(a). Dkt. 268. CCR seeks, in the amended judgment, an additional $150,000 from the Elias Group, LLC ("Elias") and other relief. *Id.* at 3. The Court directs Elias to respond to CCR's motion by Thursday, August 5, 2021.

       SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: August 3, 2021
          New York, New York